NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1053

BASELOAD ENERGY, INC.,

Plaintiff-Appellant,

v.

BRYAN W. ROBERTS,

Defendant-Appellee.

Appeal from the United States District Court for the District of Columbia in
case no. 08-CV-1838, Judge Paul L. Friedman.

ON MOTION

ORDER

Bryan W. Roberts moves for sanctions. Baseload Energy, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is deferred for consideration by the merits panel assigned to hear this case. A copy of the motion, opposition, and any reply shall be transmitted to the merits panel.

(2) Roberts and Baseload are each directed to file three additional copies of their submissions concerning sanctions within 14 days of the date of filing of this order.

FOR THE COURT

MAR 1 1 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: John M. Weyrauch, Esq.
William T. Bisset, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 1 2010

JAN HORBALY
CLERK